

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00099-CR

**CALVIN DWAYNE VERNON,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 1990-40-C**

## MEMORANDUM  OPINION

Appellant Calvin Dwayne Vernon appeals from the trial court's order denying his "Motion to Correct Judgment Nunc Pro Tunc – Pro Se."

An order denying a motion for judgment nunc pro tunc is not appealable. *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.) ("We do not have appellate jurisdiction of the denial of a motion for judgment nunc pro tunc."). The appropriate remedy for the denial of a motion for judgment nunc pro tunc is to file a petition for writ

of mandamus in the court of appeals.  *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004).

We therefore dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 43.2(f).

Notwithstanding that we are dismissing this appeal, Vernon may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents.  *See* TEX. R. APP. P. 49.1.  Moreover, if Vernon desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court.  *See* TEX. R. APP. P. 68.2(a).


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Neill
Appeal dismissed
Opinion delivered and filed April 17, 2019
Do not publish
[CR25]

